**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATWEST TREASURY FUTURES SPOOFING LITIGATION | Case No. 1:21-cv-06816 <br><br> Hon. John F. Kness |

**NOTICE OF PLAINTIFFS'**
**UNOPPOSED MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL**

PLEASE TAKE NOTICE that Plaintiffs M&N Trading LLC; Port 22, LLC; Rock Capital Markets LLC; Synova Asset Management, LLC; Kohl Trading LLC; and Robert Charles Class A, L.P. (collectively, "Plaintiffs") through their undersigned attorneys, will and do hereby move this Court before The Honorable John F. Kness Courtroom 1725, at the United States Courthouse for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn, at a time and date to be set by the Court, for entry of an Order appointing as Interim Co-Lead Counsel the firms of Lowey Dannenberg, P.C., Kirby McInerney LLP, and Scott+Scott Attorneys at Law LLP (collectively, "Movants"), pursuant to Rule 23(g) of the Federal Rules of Civil Procedure and granting such other relief as the Court may deem appropriate. Counsel for Plaintiffs in the above Consolidated Action all agree to the appointment of Lowey Dannenberg, P.C., Kirby McInerney LLP, and Scott+Scott Attorneys at Law LLP as Interim Co-Lead Counsel.

Please take further notice, that, in support of this motion, Movants rely on this Notice of Motion, the accompanying Memorandum of Law, and the Declaration of Anthony F. Fata with attached exhibits, and all other papers and proceedings had herein.

Dated: March 4, 2022

| | |
|---|---|
| **LOWEY DANNENBERG, P.C.** | **KIRBY McINERNEY LLP** |
| */s/ Vincent Briganti* | */s/ Karen M. Lerner* |
| Vincent Briganti (*pro hac vice*) | Karen M. Lerner (*pro hac vice*) |
| Raymond P. Girnys (*pro hac vice*) | David E. Kovel (*pro hac vice*) |
| Johnathan P. Seredynski (*pro hac vice*) | Anthony E. Maneiro |
| Peter Demato (*pro hac vice*) | 250 Park Avenue, Suite 820 |
| 44 South Broadway, Suite 1100 | New York, NY 10177 |
| White Plains, NY 10601 | Tel.: (212) 371-6600 |
| Tel.: (914) 997-0500 | Email: klerner@kmllp.com |
| Email: vbriganti@lowey.com | dkovel@kmllp.com |
| rgirnys@lowey.com | amaneiro@kmllp.com |
| jseredynski@lowey.com | |
| pdemato@lowey.com | |

| | |
|---|---|
| **SCOTT+SCOTT ATTORNEYS AT LAW** | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| */s/ Thomas K. Boardman* | */s/ Anthony F. Fata* |
| Thomas K. Boardman (*pro hac vice forthcoming*) | Anthony F. Fata |
| Louis F. Burke (*pro hac vice forthcoming*) | 150 S. Wacker, Suite 3000 |
| The Helmsley Building | Chicago, IL 60606 |
| 230 Park Avenue, 17th Floor | E-mail: afata@caffertyclobes.com |
| New York, NY 10169 | |
| Tel: (212) 223-6444 | *Anthony F. Fata will be joining Kirby McInerney LLP effective Monday, March 7, 2022.* |
| Facsimile: (212) 223-6334 | |
| Email: tboardman@scott-scott.com | |
| lburke@scott-scott.com | |

Christopher M. Burke (*pro hac vice forthcoming*)
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Facsimile: (619) 233-0508
Email: cburke@scott-scott.com

*Proposed Interim Co-Lead Counsel*

[*signature block continues on next page*]

        **ROBINS KAPLAN LLP**

        */s/ Kellie Lerner*
        Kellie Lerner (*pro hac vice forthcoming*)
        David B. Rochelson (*pro hac vice forthcoming*)
        900 Third Avenue, Suite 1900
        New York, N 10022-4728
        Tel.: (212) 980-7400
        E-mail: klerner@robinskaplan.com
        drochelson@robinskaplan.com

        *Additional Counsel for Plaintiffs and the Proposed Class*