# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Rock Capital Markets LLC, et al.

                         Plaintiff,

v.                                       Case No.: 1:21–cv–06816

                                       Honorable John F. Kness

NatWest Markets Securities Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

      MINUTE entry before the Honorable John F. Kness: Before the Court is Defendants' Motion for Leave to File Supplemental Authority in Support of Motion to Dismiss. (Dkt. [89].) Although Defendants' motion is granted, the Court will take the related briefing submitted by both parties [89] [92] under advisement in evaluating Defendants' pending Motion to Dismiss (Dkt. 50]). Finally, the Court is aware that the parties have been waiting for a ruling on the Motion to Dismiss and will endeavor to resolve it in the near term. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.