**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Rock Capital Markets LLC, et al.

Plaintiff,

v.

Case No.: 1:21−cv−06816
Honorable John F. Kness

NatWest Markets Securities Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2026:

MINUTE entry before the Honorable John F. Kness: Before the Court are Defendants' motion to dismiss, as well as their motion [100] for leave to file supplemental authority in support of the motion to dismiss. Defendants' motion for leave is granted, and the Court has taken the related briefing submitted by both parties [100] [105] under advisement in evaluating Defendants' motion to dismiss. For the reasons provided in the accompanying Memorandum Opinion and Order, which is entered separately, the motion to dismiss [50] is granted, and the complaint is dismissed without prejudice. (The Court regrets the delay in issuing this ruling.) As noted in the opinion, the Court is inclined to allow Plaintiffs to take some pre−amendment discovery, but perhaps not to the extent that Plaintiffs have requested. Accordingly, the parties are directed to meet and confer on the topic of pre−amendment discovery. An in−person hearing to discuss the issue of discovery and to set a deadline for any amended complaint is set for 10/29/2026 at 10:00 A.M. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.